**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1676**

In re:  ANTHONY TAYLOR,

Petitioner.

On Petition for Writ of Mandamus.  (3:20-cv-00061-GMG-RWT)

Submitted:  November 17, 2021                    Decided:  January 7, 2022

Before GREGORY, Chief Judge, HARRIS, and RUSHING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Anthony Taylor, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Taylor petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed Taylor's § 2241 petition without prejudice on November 2, 2021. Accordingly, because the district court has recently decided Taylor's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*